```
FOLGER LEVIN & KAHN LLP
Douglas W. Sullivan (CSB No. 088136, dsullivan@flk.com)
Roger Mead (CSB No. 093251, rmead@flk.com)
Lynne S. Bourgault (CSB No. 180416, lbourgault@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827
```

Attorneys for Plaintiff Self-Insurers' Security Fund

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SELF-INSURERS' SECURITY FUND, a California Non-Profit Mutual Benefit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>GALLAGHER BASSETT SERVICES, INC., a Delaware Corporation, and DOES ONE through TEN,<br><br>Defendant. | Case No. C 06-02828 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF FIRST AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Self-Insurers' Security Fund and Defendant Gallagher Bassett Services, Inc., through their counsel of record, that Plaintiff may file a First Amended Complaint in the above-entitled action.

IT IS FURTHER STIPULATED AND AGREED that Defendant shall be permitted

///

///

///

twenty extra days, for a total of thirty days, to respond to the First Amended Complaint.

Dated: September 25, 2006

BINGHAM MCCUTCHEON LLP.

_____
Christine Hoverman

Attorneys for Defendant Gallagher Bassett Services, Inc.

Dated: September 25, 2006

FOLGER LEVIN & KAHN LLP

_____
Lynne S. Bourgault

Attorneys for Plaintiff Self-Insurers' Security Fund

**IT IS SO ORDERED**

Date: September 26, 2006

_____
The Honorable Jeffrey S. White

84955\2003\514401.1