IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SELF-INSUREDS' SECURITY FUND,

    Plaintiff,

v.

GALLAGHER BASSETT SERVICES, INC. and DOES 1-10,

    Defendants.

No. C 06-02828 JSW

**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS**

This matter is set for a hearing on January 19, 2007 at 9:00 a.m. on Defendant's motion to dismiss Plaintiff's fifth claim for relief. Plaintiff's opposition brief to the motion shall be filed and served by no later than November 13, 2006 and a reply brief, if any, shall be filed and served by no later than November 20, 2006.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: October 27, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE