IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELF-INSUREDS' SECURITY FUND,<br><br>    Plaintiff,<br><br>  v.<br><br>GALLAGHER BASSETT SERVICES, INC.,<br><br>    Defendant.<br>_____/ | No. C 06-02828 JSW<br><br>**ORDER RE SUBJECT MATTER JURISDICTION AND CONTINUING HEARING ON MOTION TO DISMISS** |

Based on the face of the Amended Complaint, it appears that the amount in controversy may not exceed $75,000.00. (*See* Amended Complaint ¶ 3.) In its opposition to the motion to dismiss, however, Plaintiff asserts that it has paid out "millions in damages." Accordingly, the Court HEREBY ORDERS Plaintiff to show cause at the hearing on Defendant's motion to dismiss, why this case should not be dismissed for lack of subject matter jurisdiction.

The Court FURTHER ORDERS that the hearing on the motion to dismiss is HEREBY CONTINUED to January 26, 2007 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: January 10, 2007

                                                     JEFFREY S. WHITE
                                                   UNITED STATES DISTRICT JUDGE