UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELF-INSUREDS' SECURITY FUND, | No. C-06-02828 JSW (JCS) |
| Plaintiff(s), | |
| v. | **ORDER RE APRIL 20, 2007 JOINT LETTER** |
| GALLAGHER BASSETT SERVICES, INC., | |
| Defendant(s). | |

On April 20, 2007, the parties filed a joint letter. In the joint letter, the parties seek a resolution of the question of whether or not Defendant must produce certain documents, without written authorization pursuant to California Insurance Code § 791.13(a). The Court interprets the joint letter as a "Motion to Compel."

The documents sought are reasonably calculated to lead to the discovery of admissible evidence, and are not protected by any applicable privilege. *See* Fed. R. Civ. P. 26. The California Insurance Code specifically contemplates that documents otherwise subject to § 791.13(a) may be disclosed where judicial order permits the disclosure. In light of the relevance of these documents, and the existence of a protective order in this matter to protect the privacy of any individual or information involved, the Motion is hereby GRANTED. To the extent that document requests in this case seek otherwise relevant documents which include the private medical information of workers compensation claimants, those documents shall be produced pursuant to the existing Stipulated Protective Order in this matter, and shall be labeled "Confidential" under the Protective Order. No party is required to comply with California Insurance Code § 791.13(a) with respect to these documents.

IT IS SO ORDERED.

Dated: April 23, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge