FOLGER LEVIN & KAHN LLP
Roger B. Mead (CSB No. 093251, rmead@flk.com)
Jiyun Cameron Lee (CSB No. 161667, jlee@flk.com)
Fernanda L. Schmid (CSB No. 198519, fschmid@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Attorneys for Plaintiff
Self-Insurers' Security Fund

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SELF-INSURERS' SECURITY FUND, a California Non-Profit Mutual Benefit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>GALLAGHER BASSETT SERVICES, INC., a Delaware Corporation,<br><br>Defendant. | Case No. C 06-02828 JSW (JCS)<br><br>Complaint Filed:  March 27, 2006<br>Trial Date:  October 22, 2007<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES FOR EXPERT DISCOVERY** |

**STIPULATION**

WHEREAS, by Civil Minute Order dated June 6, 2007, the Honorable Magistrate Judge Joseph C. Spero ordered defendant Gallagher Bassett Services, Inc. ("Gallagher Bassett") to provide access to its electronic "RisxFacs" database to consultants retained by plaintiff Self-Insurers' Security Fund (the "Fund") by no later than 5:00 p.m. on Friday, June 8, 2007;

WHEREAS, there currently exists outstanding additional discovery materials to be produced for review by the Fund's consultants, including hard copy claim files and/or imaged documents for approximately 30 of 576 claimants that were requested by the Fund and are needed for review by the Fund's retained consultants;

The parties, through their counsel, hereby stipulate as follows:

1. The deadline for exchanging expert reports regarding the Fund's claim under Section 17200 of the California Business & Professions Code is hereby extended by two weeks, from June 14, 2007, to June 28, 2007. The deadline for completion of expert discovery is similarly extended by two weeks, from July 20, 2007, to August 3, 2007.

2. Extending the expert discovery deadlines as set forth above will not impact the other deadlines in the case. The schedule will be as follows:

| Old Date | New Date | Event |
| --- | --- | --- |
| June 14 | June 28 | Exchange expert reports on 17200 claim |
| July 20 | August 3 | Last day Expert discovery |
| August 24 | no change | Last day for S/J Hearing |
| October 1 | no change | Pretrial Conference |
| October 22 | no change | Trial |

3. This is the first modification to the case management schedule requested by the parties.

Dated: June 8, 2007                                              FOLGER LEVIN & KAHN LLP


/s/
Jiyun Cameron Lee
Attorneys for Plaintiff
Self-Insurers' Security Fund


Dated: June 8, 2007                                              BINGHAM MCCUTCHEN LLP


/s/
Robert A. Lewis
Attorneys for Defendant
Gallagher Bassett Services, Inc.

**ORDER**

Pursuant to stipulation, it is so ordered.

Dated: June 11, 2007

_____
The Honorable Jeffrey S. White

84955\2003\552400.1

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

-3-

STIPULATION AND [PROPOSED] ORDER
EXTENDING DEADLINES FOR EXPERT DISCOVERY;
CASE NO. C 06-02828 JSW (JCS)