UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELF-INSUREDS' SECURITY FUND, | No. C-06-02828 JSW (JCS) |
|     Plaintiff(s), | **ORDER RE JUNE 5, 2007 JOINT LETTER [Docket No. 55]** |
|     v. | |
| GALLAGHER BASSETT SERVICES, INC., | |
|     Defendant(s). | |

The parties filed a joint letter dated June 5, 2007 [Docket No. 55], regarding a discovery dispute. The Court interprets the joint letter as a motion to compel (the "Motion"). The Court heard argument by telephone on the Motion on June 6, 2007. This Order memorializes the Order stated on the record at the hearing. For the reasons stated on the record, and good cause appearing, IT IS HEREBY ORDERED as follows:

Not later than Friday, June 8, 2007, Defendant, Gallagher Bassett Services, Inc., shall make accessible by the internet the Claim Notebooks sought in the Motion, if it is possible to make such internet access available, to Plaintiff's counsel and Plaintiff's auditors. Defendant shall provide the Claim Notebooks in the electronic format sought by Plaintiff not later than June 10, 2007. The parties may, by mutual agreement, change the deadline set forth in this Order.

IT IS SO ORDERED.

Dated: June 12, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge