FOLGER LEVIN & KAHN LLP
Roger B. Mead (CSB No. 093251, rmead@flk.com)
Jiyun Cameron Lee (CSB No. 161667, jlee@flk.com)
Fernanda L. Schmid (CSB No. 198519, fschmid@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Attorneys for Plaintiff
Self-Insurers' Security Fund

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SELF-INSURERS' SECURITY FUND, a California Non-Profit Mutual Benefit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>GALLAGHER BASSETT SERVICES, INC., a Delaware Corporation, ,<br><br>Defendant. | Case No. C 06-02828 JSW (JCS)<br><br>Complaint Filed:   March 27, 2006<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR FILING MOTIONS TO COMPEL** |

**STIPULATION**

WHEREAS, the parties are continuing their meet and confer efforts regarding a limited number of document requests previously propounded by the plaintiff Self-Insurers' Security Fund (the "Fund") to defendant Gallagher Bassett Services, Inc. ("Gallagher Bassett");

WHEREAS, in accordance with Local Rule 26-2, the deadline to file motions to compel is Monday, June 25, 2007;

WHEREAS, the parties would prefer to continue their effort to work out their differences in order to avoid bringing any motions to compel;

The parties, through their counsel, hereby stipulate that the deadline to file motions to compel shall be extended by one week to Monday, July 2, 2007.

Dated: June 8, 2007                                 FOLGER LEVIN & KAHN LLP

/s/     Jiyun Cameron Lee
Jiyun Cameron Lee
Attorneys for Plaintiff
Self-Insurers' Security Fund

Dated: June 8, 2007                                 BINGHAM McCUTCHEN LLP

/s/     Robert A. Lewis
Robert A. Lewis
Attorneys for Defendant
Gallagher Bassett Services, Inc.

## ORDER

Pursuant to stipulation, it is so ordered.

Dated: June 21, 2007

*/s/ Jeffrey S White*
The Honorable Jeffrey S. White