IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELF-INSUREDS' SECURITY FUND, | |
| Plaintiff, | No. C 06-02828 JSW |
| v. | **ORDER TO SHOW CAUSE WHY EXHIBITS SHOULD NOT BE FILED IN PUBLIC RECORD** |
| GALLAGHER BASSETT SERVICES, INC., | |
| Defendant. | |

On July 20, 2007, Plaintiff Self-Insureds' Security Fund ("SISF") filed an administrative motion to seal documents that Defendant Gallagher Bassett Services, Inc. ("Gallagher") had designated confidential pursuant to the terms of a protective order. In such a circumstance, Northern District Local Rule 79-5(d) requires a party to file the documents under seal, and further provides that "within five days thereafter, the designating party *must* file with the Court and serve a declaration establishing that the designated information is sealable, and must lodge and serve a narrowly tailored proposed sealing order, or must withdraw the designation of confidentiality. *If the designating party does not file its responsive declaration as required by this subsection, the document or proposed filing will be made part of the public record.*" N.D. Civ. L.R. 79-5(d) (emphasis added).

Gallagher has not filed a responsive declaration as required by Rule 79-5(d), within the time period required by that rule. Accordingly, Gallagher is HEREBY ORDERED TO SHOW CAUSE as to why the documents lodged under seal by SISF should not be filed in the public record.

1  Gallagher shall file its response by August 3, 2007, or the Court shall deny SISF's
2  administrative motion to seal, and the documents shall be made part of the public record.
3  **IT IS SO ORDERED.**

5  Dated: August 1, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE