| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP |
|   | ROBERT A. LEWIS (SBN 83630) |
| 2 | FRANK B. KENNAMER (SBN 157844) |
|   | CHRISTINE HOVERMAN (SBN 170038) |
| 3 | JENNIFER LYNCH (SBN 240701) |
|   | ELIZABETH KENNEDY (SBN 246039) |
| 4 | Three Embarcadero Center |
|   | San Francisco, CA  94111-4067 |
| 5 | Telephone:  415.393.2000 |
|   | Facsimile:  415.393.2286 |
| 6 | |
|   | Attorneys for Defendant |
| 7 | GALLAGHER BASSETT SERVICES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SELF-INSURERS' SECURITY FUND, a California Non-Profit Mutual Benefit Corporation, | No. C 06-02828 JSW (JCS) |
| | [PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL |
| Plaintiff, | |
| v. | |
| GALLAGHER BASSETT SERVICES, INC., a Delaware Corporation, and DOES ONE through TEN, | [Local Rules 7-11 and 79-5(d)] |
| | Date:     August 24, 2007 |
| | Time:     9:00 A.M. |
| Defendant. | Place:    Courtroom 2 |
| | Judge:    Hon. Jeffrey S. White |

Case No. C 06-02828 JSW (JCS)

[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE
DOCUMENTS UNDER SEAL

A/72142177.1
A/72147233.1

1   The Court, having considered Plaintiff Self-Insurers' Security Fund's Miscellaneous
2   Administrative Request dated July 20, 2007 to file documents under seal, and having considered
3   Defendant Gallagher Bassett's Response to Order to Show Cause Why Exhibits Should Not Be
4   Filed In Public Record, dated August 3, 2007, hereby grants Defendant's Request.  IT IS
5   HEREBY ORDERED that Exhibits M, N, O, and P to the Declaration of Jiyun Cameron Lee in
6   Support of Plaintiff Self-Insurers' Security Fund's Motion for Summary Adjudication, and
7   Exhibit 1 to the Declaration of Mark T. Johnson, Manager of Office of Self Insurance Plans,
8   Department of Industrial Relations, be filed in the public record.  IT IS HEREBY ORDERED
9   that Exhibit GG to the Declaration of Jiyun Cameron Lee in Support of Plaintiff Self-Insurers'
10  Security Fund's Motion for Summary Adjudication be filed under seal in accordance with Civil
11  Local Rule 79-5.

IT IS SO ORDERED.

Dated: August 6, 2007 , 2007

_Jeffrey S. White_
The Hon. Jeffrey S. White