```
BINGHAM MCCUTCHEN LLP
ROBERT A. LEWIS (SBN 83630)
FRANK B. KENNAMER (SBN 157844)
CHRISTINE HOVERMAN (SBN 170038)
JENNIFER LYNCH (SBN 240701)
ELIZABETH KENNEDY (SBN 246039)
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  415.393.2000
Facsimile:  415.393.2286

Attorneys for Defendant
GALLAGHER BASSETT SERVICES, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SELF-INSURERS' SECURITY FUND, a California Non-Profit Mutual Benefit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>GALLAGHER BASSETT SERVICES, INC., a Delaware Corporation,<br><br>Defendant. | Case No. C 06-02828 JSW (JCS)<br><br>Complaint Filed:   March 27, 2006<br>Trial Date:            October 22, 2007<br><br>STIPULATION AND [PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL |

**STIPULATION**

Gallagher Bassett Services, Inc. ("Gallagher Bassett") and Self-Insurers' Security Fund ("Fund") jointly file this Stipulation and [Proposed] Order, pursuant to Civil L.R. 7-11, 12. Both parties stipulate to placing two exhibits to Gallagher Bassett's Expert Reports, previously served on the Fund on June 14, 2007 and June 28, 2007 (Exhibit 2 and Exhibit 5 respectively), under seal pursuant to Civil L.R. 79-5.

1       Gallagher Bassett and the Fund agree that the documents requested to be placed under seal reflect personal claimant medical information that is subject to the Stipulated Protective Order entered by the Court on September 26, 2006.  In order to protect private claimant information, these exhibits should be filed under seal.

Dated: August 3, 2007            FOLGER LEVIN & KAHN LLP

/s/
Jiyun Cameron Lee
Attorneys for Plaintiff
Self-Insurers' Security Fund

Dated: August 3, 2007            BINGHAM MCCUTCHEN LLP

/s/
Robert A. Lewis
Attorneys for Defendant
Gallagher Bassett Services, Inc.

**ORDER**

This Order terminates docket no. 100.

Pursuant to stipulation, it is so ordered.

Dated: August __6__, 2007

_____
The Honorable Jeffrey S. White

2     Case No.  C 06-02828 JSW/JCS
STIPULATION AND [PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL

A/72144994.1