| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP |
|   | ROBERT A. LEWIS (SBN 83630) |
| 2 | FRANK B. KENNAMER (SBN 157844) |
|   | CHRISTINE HOVERMAN (SBN 170038) |
| 3 | TANYA KING DUMAS (SBN 227017) |
|   | ELIZABETH KENNEDY (SBN 246039) |
| 4 | Three Embarcadero Center |
|   | San Francisco, CA  94111-4067 |
| 5 | Telephone:  415.393.2000 |
|   | Facsimile:  415.393.2286 |
| 6 | |
|   | Attorneys for Defendant |
| 7 | GALLAGHER BASSETT SERVICES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 13 | SELF-INSURERS' SECURITY FUND, a California Non-Profit Mutual Benefit Corporation, | No. C 06-02828 JSW (JCS) |
| 14 | | [PROPOSED] ORDER GRANTING DEFENDANT GALLAGHER BASSETT'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT |
| 15 | Plaintiff, v. | |
| 16 | GALLAGHER BASSETT SERVICES, INC., a Delaware Corporation, and DOES ONE through TEN, | |
| 18 | Defendant. | |

Case No. C 06-02828 JSW (JCS)

[PROPOSED] ORDER GRANTING DEFENDANT GALLAGHER BASSETT'S MOTION
TO REMOVE INCORRECTLY FILED DOCUMENT

A/72172605.1

1
2
3   The Court, having considered Defendant Gallagher Bassett's Motion to Remove
4   Incorrectly Filed Document, hereby grants Defendant's request.  IT IS HEREBY ORDERED
5   that Exhibit E to the Declaration of Jennifer Lynch in Support of Motion for Summary
6   Adjudication, filed with this Court on July 20, 2007 (Attachment #7 to Document #71 on the
7   Court's Docket), be removed from the Electronic Court Filing system.
8
9   IT IS SO ORDERED.
10
11  Dated: August 23, 2007
12                                                           _____
                                                             The Honorable Jeffrey S. White
13
14
...
28

2                                    Case No. C 06-02828 JSW (JCS)
[PROPOSED] ORDER GRANTING DEFENDANT GALLAGHER BASSETT'S MOTION
TO REMOVE INCORRECTLY FILED DOCUMENT

A/72172605.1