| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP |
| | ROBERT A. LEWIS (SBN 83630) |
| 2 | FRANK B. KENNAMER (SBN 157844) |
| | CHRISTINE HOVERMAN (SBN 170038) |
| 3 | TANYA KING DUMAS (SBN 227017) |
| | ELIZABETH KENNEDY (SBN 246039) |
| 4 | Three Embarcadero Center |
| | San Francisco, CA  94111-4067 |
| 5 | Telephone:  415.393.2000 |
| | Facsimile:  415.393.2286 |
| 6 | |
| | Attorneys for Defendant |
| 7 | GALLAGHER BASSETT SERVICES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SELF-INSURERS' SECURITY FUND, a California Non-Profit Mutual Benefit Corporation, | Case No. C 06-02828 JSW (JCS) |
| | Complaint Filed:   March 27, 2006 |
| | Trial Date:             October 22, 2007 |
| Plaintiff, | |
| v. | MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENT UNDER SEAL |
| GALLAGHER BASSETT SERVICES, INC., a Delaware Corporation, | |
| Defendant. | |

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, Civil Local Rules 7-11 and 79-5(c), the Stipulated Protective Order entered by the Court on September 26, 2006 ("Protective Order") and the Court's inherent authority over its own files and records, Defendant Gallagher Bassett Services, Inc. ("Gallagher Bassett") hereby submits this Miscellaneous Administrative Request To File Document Under Seal, the supporting Declaration of Tanya King

1  Dumas, and the accompanying Stipulation and [Proposed] Order regarding this request signed by
2  both parties.  Gallagher Bassett and the Plaintiff, Self-Insurers' Security Fund, agree that the
3  document requested to be placed under seal reflects personal claimant medical information that is
4  subject to the Stipulated Protective Order entered by the Court on September 26, 2006.  Gallagher
5  Bassett therefore respectfully requests that the Court allow Exhibit E to the Declaration of
6  Jennifer Lynch in Support of Motion for Summary Adjudication to be filed under seal.
7
8  Dated:  August 23, 2007                                    BINGHAM MCCUTCHEN LLP
9
10                                                    _____/s/_____
                                                            Tanya King Dumas
11                                                       Attorneys for Defendant
                                                    Gallagher Bassett Services, Inc.
12

19  August 23, 2007

GRANTED

*Jeffrey S. White*

Judge Jeffrey S. White

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

28
                                                      2                         Case No. C 06-02828 JSW/JCS
                              MISCELLANEOUS ADMINISTRATIVE REQUEST
                                   TO FILE DOCUMENT UNDER SEAL

A72146514.1
A/72172514.1