**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SELF-INSURERS' SECURITY FUND,

        Plaintiff,

   v.

GALLAGHER BASSETT SERVICES, INC.

        Defendant.

_____/

No. C 06-02828 JSW

**ORDER SETTING PRETRIAL AND TRIAL DATES**

    The Court has received the parties' Joint Notice of Dates Regarding Unavailability for Pretrial Conference and Trial.  Based upon those dates and the Court's calendar, the Court HEREBY SETS this matter for a pretrial conference on Monday, February 11, 2008 at 2:00 p.m., and sets the matter for trial on Monday, March 10, 2008 at 8:30 a.m. for trial.

    **IT IS SO ORDERED.**

Dated: August 29, 2007

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE