| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP |
| | ROBERT A. LEWIS (SBN 83630) |
| 2 | FRANK KENNAMER (SBN 157844) |
| | CHRISTINE HOVERMAN (SBN 170038) |
| 3 | Three Embarcadero Center |
| | San Francisco, CA 94111-4067 |
| 4 | Telephone: 415.393.2000 |
| | Facsimile: 415.393.2286 |
| 5 | |
| | Attorneys for Defendant |
| 6 | GALLAGHER BASSETT SERVICES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SELF-INSURERS' SECURITY FUND, a California Non-Profit Mutual Benefit Corporation, | No. C 06-02828 JSW (JCS) |
| Plaintiff, | STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |
| v. | |
| GALLAGHER BASSETT SERVICES, INC., a Delaware Corporation, | |
| Defendant. | |

| | |
|---|---|
| 1 | Plaintiff Self-Insurers' Security Fund and Defendant Gallagher Bassett Services, |
| 2 | Inc., by and through their attorneys of record, hereby stipulate and agree pursuant to Rule |
| 3 | 41(a)(1) of the Federal Rules of Civil Procedure that: |
| 4 | 1. The entire action shall be dismissed with prejudice; and |
| 5 | 2. Each party shall bear its own costs and attorneys' fees incurred in this |
| 6 | action. |

DATED: October 29, 2007

BINGHAM MCCUTCHEN LLP

By: _____/s/_____
Robert A. Lewis
Attorneys for Defendant
Gallagher Bassett Services, Inc.

DATED: ~~October 29,~~ December 11, 2007

FOLGER LEVIN & KAHN LLP

By: _____/s/_____
Roger B. Mead
Attorneys for Plaintiff
Self-Insurers' Security Fund

## ORDER

Pursuant to Stipulation, IT IS SO ORDERED.

DATED: January 10, 2008

_____
The Honorable Jeffrey S. White
United States District Court

2  Case No. C 06-02828 JSW (JCS)

STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE